**FILED**

UNITED STATES COURT OF APPEALS

NOV 14 2014

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TITANESS LIGHT SHOP, LLC, a Nevada limited liability company,<br><br>        Plaintiff-counter-defendant - Appellant,<br><br>  v.<br><br>SUNLIGHT SUPPLY, INC., a Washington corporation and IP HOLDINGS, LLC, a Washington limited liability company,<br><br>        Defendants-counter-claimants - Appellees. | No. 13-16959<br><br>D.C. No. 3:12-cv-00620-LRH-VPC<br>District of Nevada, Reno<br><br><br>ORDER |

Before: SCHROEDER, OWENS, and FRIEDLAND, Circuit Judges.

    Appellant's Motion for Attorneys' Fees is DENIED.