1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TITANESS LIGHT SHOP, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SUNLIGHT SUPPLY INC., a Washington corporation, and IP HOLDINGS, LLC, a Washington limited liability company,<br><br>Defendants.<br><br>AND RELATED CLAIMS | Case No.  3:12-cv-00620-LRH-VPC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

20  Pursuant to FRCP 41(a)(1)(A)(ii) and Local Rule 7-1(b), it is hereby stipulated by the

21 parties that the above-entitled matter be dismissed without prejudice, each party to bear their own

22 costs and attorneys' fees.  The parties have entered into a Settlement Agreement dated March 18,

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28

2015, resolving this dispute.  The Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation and enforcement of the Settlement Agreement.

Dated this 19th day of March, 2015.

| For Defendants and Counterclaimants: | For Plaintiff and Counterdefendant: |
|---|---|
| By: /s/ John M. Naylor<br>John M. Naylor<br>Jennifer L. Braster<br>NAYLOR & BRASTER<br>1050 Indigo Drive, Suite 112<br>Las Vegas, Nevada 89145<br><br>Attorneys for Sunlight Supply, Inc. and IP Holdings, LLC | By: /s/ Richard L. Schwartz<br>Theodore E. Chrissinger<br>HOY \| CHRISSINGER \| KIMMEL<br>4741 Caughlin Parkway, Suite 4<br>Reno, Nevada 89519<br><br>Richard L. Schwartz<br>Texas Bar No. 17869500<br>(*Admitted Pro Hac Vice*)<br>WHITAKER CHALK SWINDLE & SCHWARTZ PLLC<br>301 Commerce Street, Suite 3500<br>Fort Worth, Texas  76102-4186<br><br>Attorneys for Plaintiff and Counterdefendant Titaness Light Shop, LLC |

**ORDER**

IT IS SO ORDERED.

Dated this 22nd day of March, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE